## Commonwealth *v.* Tarver, Appellant.

Submitted November 12, 1974. *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant

District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.